IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Lee E. Ammons, Jr., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| Chief Howell, et al, | ) |
| | ) |
| Defendant(s). | ) |

**NOTICE OF REMOVAL**

Defendants, Cook County, Sheriff Tom Dart, and Chief Darryl Howell[1], the only properly served defendant, by their attorney, ANITA ALVAREZ, Cook County State's Attorney, through her assistant, THOMAS NOWINSKI, Assistant State's Attorney, represents to this Court as follows:

1. That there is now pending in the Municipal Department of the Circuit Court of Cook County, Illinois, a certain action in which Lee E. Ammons, Jr. is plaintiff and in which defendants named above are defendants, case number 10 M1 018455 .

2. That the Complaint is attached to this notice and incorporated by reference.

3. That the action is a suit of a civil nature.

4. That the Complaint filed on October 8, 2010, was brought pursuant to the Americans With Disabilities Act, 42 U.S.C §12111 *et seq.* and Illinois State Law. Said complaint contains allegations that the Defendants violated Plaintiff's civil right guaranteed by the Americans With Disabilities Act.

---

[1] Plaintiff has not effectuated service on Cook County or Sheriff Tom Dart.

5. That this Court has original jurisdiction over this action under 28 U.S.C. sec. 1331, and supplemental jurisdiction over the state tort claims under 28 U.S.C. sec 1367. This action may be removed to this Court pursuant to 28 U.S.C. 1441, et al.

6. That this notice is being filed within thirty (30) days as established in 28 U.S.C sec. 1446(b) after receipt of the Complaint in case number 10 M1 018455, by Defendant Darryl Howell on April 20, 2011, and that the time for filing this notice has not expired.

7. That written notice of the filing of this notice has been given to all other parties as provided by law.

8. That a true and correct copy of the notice will be filed with the Clerk of the Circuit Court for Cook County, as provided by law.

WHEREFORE, Defendant respectfully requests that the above-entitled action pending in the Circuit Court of Cook County, case number 10 M1 018455 be removed therefrom to United States District Court.

    Respectfully submitted,

    ANITA ALVAREZ
    State's Attorney of Cook County

    By: /S/ Thomas E. Nowinski
    Thomas E. Nowinski
    500 Richard J. Daley Center
    Chicago, Il 60602
    312-603-6672