# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## MUNICIPAL DEPARTMENT, FIRST DISTRICT

| | | |
|---|---|---|
| Officer Lee E. Ammons, Jr., | ) | No. 10 M1- |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| Cook County, Illinois, a body politic, Sheriff | ) | |
| Tom Dart, Chief Darryl Howell, | ) | Return date: November 16, 2010 |
| Defendants. | ) | Amount: $14,999.99 |

## COMPLAINT AT LAW

Plaintiffs complain of the Defendant as follows:

### Count I -- Intentional Infliction of Emotional Distress

1. At all times relevant to this Complaint, Plaintiff Officer Lee E. Ammons, Jr., was and remains a deputy Sheriff of Cook County, employed within the Cook County Department of Corrections as a corrections officer at the Cook County Jail.

2. Plaintiff was diagnosed prior to February 25, 2009 with Type 2 Diabetes, and given instructions as to medication he must take as well as lifestyle and dietary changes he must make to avoid aggravating his diabetes and causing an insulin reaction, seizures, and other serious injuries. Plaintiff's treatment regimen requires that he eat meals regularly at fixed times.

3. On February 25, 2009 and at all times relevant to this Complaint, Defendants were and remain aware of these conditions and of the limitations it places upon Plaintiff's

working capacity.

4. On February 25, 2009, Plaintiff was in a training session with Defendant Chief Darryl Howell ("Howell"). Howell was at that time working within the scope and course of his employment as a supervisory employee of Defendants Tom Dart, Cook County Sheriff, and Cook County.

5. Howell was at that time and place a Chief, and thus enjoyed a higher ranking position than Plaintiff, supervisory authority over Plaintiff, and dominion, within the Defendants' employment structure and authority hierarchy, over Plaintiff.

6. Plaintiff advised Howell that he would have to take a break during the training session, at 7:45 a.m., to administer an insulin injection, and that he would have to take a break to eat during the training session.

7. Howell failed and willfully refused to permit Plaintiff to take a break until 10:15 a.m., several hours late. Plaintiff had a severe reaction, including shaking, physical stress and discomfort.

8. Plaintiff would have been able to complete the training session without incident had Howell offered reasonable accommodations, specifically affording Plaintiff the breaks at the times requested.

9. Upon information and belief, Howell knew that his conduct would likely cause physical stress and a harmful physical reaction to Plaintiff at the time he refused Plaintiff's

request for accommodation of his medical needs. Upon information and belief, Howell intentionally refused Plaintiff's request for the purpose of causing physical and emotional distress to Plaintiff, and to harass and intimidate Plaintiff.

10. Howell's and Defendants' aforementioned conduct was extreme and outrageous by any measure, and violated accepted notions of appropriate behavior and decency.

11. Howell's and Defendants' intentional acts as noted hereinabove directly and proximately caused damage and physical injury to Plaintiff, causing Plaintiff severe and acute emotional distress and apprehension of a more severe physical reaction, anxiety, and fear.

Wherefore, Plaintiff Officer Lee E. Ammons, Jr., respectfully requests that this Court award him judgment in a sum not in excess of $14,999.99 plus court costs against Defendants Cook County, Illinois, a body politic, Sheriff Tom Dart, and Chief Darryl Howell, jointly and severally.

## VIOLATION OF AMERICANS WITH DISABILITIES ACT

12 - 22. Plaintiff repeats the allegations of paragraphs 1 through 11 inclusive as though fully set forth.

23. Howell's refusal to offer such reasonable accommodation amounts to a violation of the Americans With Disabilities Act.

3

24. Howell's and Defendants' aforementioned violations of the Americans With Disabilities Act directly and proximately caused damage and physical injury to Plaintiff, causing Plaintiff severe and acute physical and emotional distress, for which Plaintiff should be compensated.

Wherefore, Plaintiff Officer Lee E. Ammons, Jr., respectfully requests that this Court award him judgment not in excess of $14,999.99 plus court costs against Defendants Cook County, Illinois, a body politic, Sheriff Tom Dart, and Chief Darryl Howell, jointly and severally.

Respectfully submitted,

Officer Lee E. Ammons, Jr.,

By: _____
Michael J. Greco
Attorney for Plaintiff

Michael J. Greco
Attorney at Law
Attorney for Plaintiff
70 W. Hubbard Street
Suite 302
Chicago, Illinois 60654
312 222-0599
Attorney No. 06201254 / 27432

4